RICHARD M. CALLAHAN, JR.
225 South Lake Avenue, Suite 300
Pasadena, CA  91101
Telephone: (626) 202-4060
Telecopier: (626) 794-4676
State Bar No. 100446
Email: *rmcallahanjr@gmail.com*

Attorney for Defendant
DAMON GLOVER

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-412(B)-FMO-7 |
| Plaintiff, | **LETTERS IN SUPPORT OF DAMON GLOVER [#7] AT SENTENCING** |
| v. | |
| DAVID JENSEN, *et al.*, | Date: September 21, 2023 |
| Defendants. | Time: 4:00 p.m. |
| | Place: Courtroom of the Honorable Fernando M. Olguin |

Damon Glover, through counsel of record, submits letters of support at his sentencing hearing.

Dated:  September 13, 2023.

Respectfully submitted,

THE LAW OFFICES OF
RICHARD M. CALLAHAN, JR.

By: _____
RICHARD M. CALLAHAN, JR.
Attorney for Defendant
DAMON GLOVER

Dear Judge Olguin,

I am writing this email on behalf of my husband, Damon Glover.  Damon and I met in 1994 and were married in 1997.    When we first met, he was going back to college; he was focused, driven and set goals for his career and life.   He pushed me to be the best I could, I was just beginning my career in dental hygiene and we began our lives together in Santa Barbara, California.

I have always looked at Damon as an honest, loyal and generous man- in both his work life and personal life.  Damon is the one who his extended family has always turned to for advice and he is always helped those in need.  Damon and I have two children, now ages 17 and 16.  Our 17-year-old son Aiden is an accomplished pianist and basketball player.  He is currently a senior in high school and plans to apply for college this fall, majoring in music theory and business.  Our daughter, Gianna, is 16 and a Junior in high school. Her goal is to be an attorney, focusing on family law.  Both our children are stable and happy teenagers; no doubt having a mother and father in a healthy marriage while sharing parenting duties has established that.

Damon's parents were married 42 years; when Damon and I were dating I always wanted to have a marriage like theirs.  They were kind, happy and led very honest and fulfilling lives.  Damon's mother unfortunately passed at the age of 60 from colorectal cancer in 2006. The Glover family suffered a tremendous loss, most importantly his father Gary, who took the loss of his wife very hard. In 2008 we asked his father to live with us while he continued to grieve which he stayed with us until 2011.  In 2017, his older brother needed some guidance and help and of course we stepped in.  We asked his brother to stay and live with us while he sorted out his life which he did for 9 months.  It was times like these that Damon made sure his family (myself and our kids) were provided but knew his love for his dad and brother were just as important.

In 2018, Damon's dad was diagnosed with a devastating disease called Multiple System Atrophy which mimics Parkinson's Disease for which there is no known cure.  We made sure Gary was cared for and in the summer of 2018, we had him come live with us.   I know Damon would have done the same for my parents if they needed the extra help so caring for Gary was absolutely the right thing to do.  Damon not only cared for his father, but he held a full-time job plus made sure our children were driven to their school sports and functions, when I wasn't available.   Gary needed more care which was Damon's focus.   Damon's love

for his father was evident by his care and commitment; When Gary was bed-ridden in the last months of his illness it was Damon who made sure Gary had all he needed and made sure Gary had the best care a son could provide.  Not to go into too much detail, but Damon absolutely did more than most adults in that situation. It was very difficult but he never complained.

Damon is not an average father- I have friends who talk and complain about being the "default parent"- that their husbands do very little to help with their children's needs.   We absolutely have a 50/50 marriage and take equal responsibility with parenting duties.  Damon is an excellent cook- he provides all dinners for our family, he is the one who goes grocery shopping (thank goodness!), he is the maintenance person for the house and yard and never complains.   We really rely on each other to run the household and parent our children.  I know Damon is grateful for all I do and I feel the same for him.  My life without him would be turned upside down.  Our children need him- he is a very hands-on father.  My son talks to him daily about his life concerns and my daughter relies on his guidance and love as she navigates through the difficulties of high school.

Damon has always been one with God, always attending mass and active in our Parish.  Damon's presence in the Church has always been one of respect, love and admiration.  Our children are planning to complete the sacrament of Confirmation this year, as a family our love of God and the Church is paramount.

The last 7 years has been extremely difficult, challenging and heavy, like a black cloud has been following over our heads.  Our world has been one of a halt, never knowing what going to happen.  I know this has taken a physical and mental toll on Damon as well as myself.  Damon always wanted to coach our son in basketball but wasn't able- he and I from the early years of our marriage wanted to adopt a child but these last 7 years has put a damper on anything of the sort.   Damon has had difficulty with finding work in his field of sales.  I know he didn't apply to positions that he was over qualified due to his situation.

I know Damon would never intentionally do ANYTHING to put his family in jeopardy or at any risk.  He has always been honest, caring, and truly a man of honor.  Damon's intention has always been to provide for his family and give back to the community.  Because of his mother's untimely death, he started a foundation to help children who are suffering with cancer.  He founded Grandma's Cancer Research Fund and through donations and fundraising he was

proud to be able to help those who are most suffering.  I know he wants to do
more, and anyone who meets him has felt the same.  Damon's roll has always
been to do for others.  Damon has always had a selflessness personality.  He is
my foundation, my rock.  We are going to be married 26 years on September 27
of this year.  For all the reasons above, I can't imagine my life without him. With
all said, I ask that you please have mercy on Damon and our family.


Thank you,

Jessica Glover

Dear Honorable Judge Olguin.

My relationship with Damon goes back to my High School Senior year in Taft California 1984. We met through mutual friends and have remained friends ever since. Damon is only one of a few friends I have remained not only in contact with, but our families regularly get together, and we often spend our birthdays together.

I knew both of Damon's parents and his brother Kevin. Damon lost his mother years ago to cancer and his father eventually moved close to Damon in his later years and even lived with Damon as he cared for his father in his final days. Damon is a kind family-oriented man and quite conscious of others and their needs.  He started a charity that raised money for cancer and hosted it annually up until Covid.

Damon and I have spent vacation time together and celebrated holidays together with our families. He is an honest, hard working man dedicated to serving his family and even took in a niece to live with his family. He is dedicated to the service of our God. He is very faithful and attends church at times daily. He is very Loved and respected by his peers and in the workplace. He is thoughtful caring and has a great deal of integrity. In all the years I have known Damon he has been a pillar in the community, a contributer, and has never been in trouble.  He loves his wife and two children and is steady in his course and never waivers. I am proud to know Damon and to be a close friend and would stand by his side in life and in all challenges. Damon is a great friend, father, husband and brother.

Sincerely,

Rex Clark

Dear Judge Olguin,

I am writing to express my support for Damon Glover. I have known Damon for his entire life, because he is my younger first cousin. We come from a large family of honest, productive, and very tightly knit hard-working people. I have had the privilege of watching Damon Glover grow and mature into a man of strong moral character. Damon Glover has always sought to be a positive and very cheerful influence in our family, church, and community. He worked hard to put himself through college by working many jobs. Damon continued in that same high standard work ethic in his business adventures when getting out on his own.

Recently, when it was time, Damon chose to bring his father to his own home to care for him in his final years. I mention this because it is not an easy responsibility to take on. But it speaks volumes about Damon's spiritual depth and his love for his family's closeness.

Another time, Damon's niece was too fearful of going away to college. So, he gladly took her in for a few years so she would feel safe so far away from her own home.

Damon Glover is a wonderful husband, provider, and an even more wonderful father. His children are his pride and joy. His children are, entering a monumental time in their young lives, close to finishing high school and transitioning into college. The children need Damon's guidance, currently in their lives.

Since Damon made me aware of what he was facing, he's asked for my prayers many times. He has earnestly pressed into the Lord in remorse and has attended mass daily. We have also prayed for you, for wisdom. It is not an easy task before you.

As long as I have known Damon, I have never known him to lie or be intentionally deceptive. He is a good generous man, and this will never happen again.

Please redeem him.

I respectfully appeal to you to show Damon Glover mercy with no incarceration.


Sincerely,
Janet Rickard

Judge Olguin,

I am writing this letter in reference to Damon Glover, a friend of my wife and I for
the past 15 years. I met Damon through his cousin Sally and we became good
friends from the first time we met. I can say Damon is a very strong family man,
he takes very good care of his wife and kids. Another example of this is when his
father became ill, Damon brought him into his home and he took care of him until
his death. Damon has always been cognizant of others making sure everyone is
doing ok. When I became ill with stage 4 prostate cancer Damon would shop for
me weekly and come over to my house to make sure all was situated for me for
months. He did this until I got my strength back and was able to tend to myself on
my own, he is a very selfless person.

Ever since he got into this trouble he has even become more humble than he was
before and I know this has put a huge strain on him for almost 7 years now. It has
definitely hurt his career with not being able to apply and get the types of jobs
that he could have.

Damon Glover is a good person and a positive member of society, I think you
needed to know all of this.

Sincerely,

Bill Bellino